IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50201
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

GILMAR SALAS MORALES,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-88-CR-76-ALL
--------------------
June 14, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:*

     The attorney appointed to represent Gilmar Salas Morales has
filed a motion to withdraw from representation of Morales and a
brief as required by *Anders v. California*, 386 U.S. 738 (1967).
Morales has not responded to counsel's motion.  Our independent
review of the brief and the record discloses no nonfrivolous
issue.  Accordingly, Morales's court-appointed attorney's motion
to withdraw is GRANTED; the attorney is excused from further
responsibilities herein and the APPEAL IS DISMISSED.  *See* 5TH CIR.
R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.